[Nos. 22688-0-II; 22783-5-II.   Division Two.   June 18, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KRISTOPHER A. WATSON, *Appellant*.

Appeals from a judgment of the Superior Court for Grays Harbor County, No. 97-1-00238-1, David E. Foscue, J., entered November 3 and December 17, 1997. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Armstrong, J.

[Nos. 22933-1-II; 23086-1-II.   Division Two.   June 18, 1999.]

STELLA SALES, INC., ET AL., *Respondents*, v. DEMAY C. JOHNSON, *Appellant*.

CHRISTOPHER J. JOHNSON, ET AL., *Appellants*, v. STELLA SALES, INC., ET AL., *Respondents*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 94-2-01593-7, 98-2-03977-4, Vicki L. Hogan, J., and James Marshall, J. Pro Tem., entered January 30 and February 11, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Bridgewater, C.J., concurred in by Armstrong and Hunt, JJ. Now published at 97 Wn. App. 11.

[No. 23274-0-II.   Division Two.   June 18, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LLOYD JESSE BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-00079-3, James E. Rulli, J., entered May 1, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Houghton, J.